**Electronically Filed**
**Supreme Court**
**SCAP-11-0000599**
**10-NOV-2015**
**09:37 AM**

SCAP-11-0000599

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

TIMOTHY VANDEVEER, individually and
on behalf of all others similarly situated,
Respondent/Plaintiff-Appellee,

vs.

AMERICAN SAVINGS BANK, AMERICAN SAVINGS HOLDING, INC.,
Petitioners/Defendants-Appellants.

---

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CAAP-11-0000599, CIV. NO. 11-1-0458-03)

ORDER DISMISSING APPEAL
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon review of the record, it appears that the parties have entered into a settlement agreement that was approved by the Circuit Court of the First Circuit, and a Final Judgment was filed in the circuit court on May 21, 2015, resolving all claims as to all parties in the case. Accordingly,

IT IS HEREBY ORDERED that the appeal in this case is dismissed.

DATED: Honolulu, Hawaiʻi, November 10, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

